November 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF A.I.F.

NO. 14-16-00016-CV

_____

 This cause, an appeal from the judgment signed November 6, 2015 in favor of appellee Elizabeth Jarufe, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

 We order appellant Jose Eduardo Farach to pay all costs incurred in this appeal.

 We further order this decision certified below for observance.